IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 13-0043CCC

LUIS VALENTIN-MERCADO

Defendant

## ORDER

Having considered the Report and Recommendation filed on May 28, 2013 (**docket entry 30**) on a Rule 11 proceeding of defendant Luis Valentín-Mercado held before U.S. Magistrate Judge Marcos E. López on May 13, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 13, 2013.  The **sentencing hearing is set for August 13, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 12, 2013.


S/CARMEN CONSUELO CEREZO
United States District Judge